■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN MILLER, Appellant. [759 NYS2d 658] —Judgment, Supreme Court, New York County (Ira Beal, J.), rendered July 24, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

Viewed as a whole, the court's instructions on accessorial liability conveyed the correct legal standards (*see People v Crayton*, 278 AD2d 64 [2000], *lv denied* 96 NY2d 782 [2001]). The court also meaningfully responded to a jury note on the subject by repeating its original instructions (*People v Malloy*, 55 NY2d 296 [1982]).

The challenged portions of the prosecutor's summation constituted fair comment on the evidence in response to defense arguments and there was no pattern of egregious misconduct (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

We decline to invoke our interest of justice jurisdiction to dismiss the noninclusory concurrent count (*see People v Spence*, 290 AD2d 223 [2002], *lv denied* 98 NY2d 641 [2002]; *People v Kulakov*, 278 AD2d 519 [2000], *lv denied* 96 NY2d 785 [2001]). Concur—Tom, J.P., Mazzarelli, Andrias, Friedman and Marlow, JJ.